# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

KIM COOK, *et al.*,

    Appellants,

v.                                                    Case No. 14-12506

PAM STEWART, in her official capacity
as Florida Commissioner of Education, *et al.*,

    Appellees.

_____/

## STATE APPELLEES' TIME-SENSITIVE MOTION
## FOR AN ORDER LIMITING DISTRICT APPELLEES
## TO ONE ATTORNEY AT ORAL ARGUMENT

Pursuant to Rule 26.1, Federal Rules of Appellate Procedure, and Eleventh Circuit Rule 26.1-1, State Defendants/Appellees, Pam Stewart, in her official capacity as Florida Commissioner of Education, and members of the State Board of Education, in their official capacities, certify that the following persons have an interest in the outcome of this appeal, listed in alphabetical order:

    1.   Alachua County Education Association

    2.   Armas, Ada G.

    3.   Augspurger, Lisa

    4.   Berman, Bruce

*Kim Cook, et al., v. Pam Stewart, etc., et al.*,
*Eleventh Circuit Case No. 14-12506*

5. Blanton, Wayne

6. Ballou, Dale

7. Bauries, Scott

8. Berliner, David

9. Boehme, Catherine

10. Bone, Judy

11. Bradshaw, Sally

12. Braun, Henry

13. Bredhoff & Kaiser, P.L.L.C.

14. Brooks, Bethann

15. Bryant, Audra

16. Bush & Augspurger, P.A.

17. Byrnes, John

18. Carson, Matthew

19. Chartrand, Gary

20. Colon, John A.

21. Cook, Kim

22. Cooper, Pamela

23. Delaney, David

24. Dell Graham, P.A.

25. Escambia Education Association

26. Escue-Simon, Carlee

27. Feingold, Barbara S.

28. Florida Association of School Administrators

29. Florida Department of Education

30. Florida Education Association

31. Florida School Boards Association

32. Glass, Gene V.

33. Glogau, Jon

34. Green, Preston

35. Hearn, Lynn

36. Hernando Classroom Teachers Association

37. Ho, Andrew

38. Jefferis, Emily

39. Johnson, Marva

40. Karabell, Jacob

41. Kohlman, W. Gary

42. Koretz, Daniel

43. Ladd, Helen F.

44. Legare, Cheryl

45. Linn, Robert Lee

46. Lipsey, Rebecca Fishman

47. Martinez, Jose Felipe

48. McConnell, Cathy

49. Mixon, Juhan

50. Meyer, Brooks, Demma and Blohm, P.A.

51. Meyer, Ronald

52. National Education Association

53. Nordby, Rachel

54. O'Brien, Alice

55. Office of the Attorney General of Florida

56. Padget, John R.

57. Paedae, Shauna

58. Pellegrino, James W.

59. Plavac, Janine

60. Powell, Lisa

61. Roberts, Blake

62. Rothstein, Jesse

63. Schoenfeld, Alan

64. School Board of Alachua County

*Kim Cook, et al., v. Pam Stewart, etc., et al.*,
*Eleventh Circuit Case No. 14-12506*

65. School Board of Escambia County

66. School Board of Hernando County

67. Shanahan, Kathleen

68. Shavelson, Richard J.

69. Shepard, Lorrie A.

70. Stewart, Pamela, Florida Commissioner of Education

71. Stitzlein, Sarah

72. Sutherland, Brian

73. The Buckley Firm, LLC

74. Tuck, Andy

75. Walker, Mark E., U.S. District Judge, N.D. Fla.

76. Waters, Donna Sessions

77. West, John

78. White, Jamie

79. Wilmer Cutler Pickering Hale and Dorr LLP

80. Wilson, Mark

81. Winsor, Allen

# STATE APPELLEES' TIME-SENSITIVE MOTION FOR AN ORDER LIMITING DISTRICT APPELLEES TO ONE ATTORNEY AT ORAL ARGUMENT

Pursuant to Federal Rule of Appellate Procedure 27 and Eleventh Circuit Rule 27-1, State Defendants/Appellees, Pam Stewart, in her official capacity as Florida Commissioner of Education, and members of the State Board of Education, in their official capacities ("State Appellees"), request an order limiting the District Defendants/Appellees ("Districts") to one attorney to present argument.[1]

1.     Oral argument is scheduled for Wednesday, April 22, 2015, with fifteen minutes allotted per side. The State Appellees plan to have one attorney present argument, and the three Districts have indicated they each wish to have a separate attorney present separate argument for two minutes. Although the appellees are in agreement regarding the State Appellees' portion of the time (nine minutes), they have been unable to agree whether the Districts should present three separate attorneys, all of whom would argue the same brief.

2.     Only one District (Alachua) filed a brief. The remaining Districts (Hernando and Escambia) later moved to adopt and join in that brief in substantial

---

[1] Because oral argument is six days away, State Appellees request expedited treatment of this Motion and a ruling before the April 22 oral argument. State Appellees' efforts to resolve this issue without Court involvement have been unsuccessful.

1

part. Asking the Court to "reliev[e] them of any duty to file separate and independent Answer Briefs," they explained that "[t]he majority of the facts, law and arguments applicable to the School Board of Alachua County []apply with equal force as to both Hernando County and Escambia County." Motion to Join and Adopt, at 5-6 (Dec. 8, 2014) (granted, Dec. 24, 2014). They further argued that "[s]eparate Answer Briefs by all 3 School Boards would be unnecessarily duplicative." *Id.* at 6.

3. The State Appellees respectfully submit that a fifteen-minute argument shared by four attorneys, three of whom will argue the same brief for two minutes each, would not be as useful to the Court as an argument shared by only two attorneys. Accordingly, the State Appellees request an order limiting the Districts to presentation from one attorney.

4. Pursuant to Eleventh Circuit Rule 27-1(a)(5), the State Appellees' counsel has conferred with counsel for the Districts. The Districts oppose the relief sought.

WHEREFORE, State Appellees request an order limiting the Districts to argument of one attorney.

>Respectfully submitted,
>
>PAMELA JO BONDI
>ATTORNEY GENERAL
>
>*/s/ Rachel Nordby*
>Allen Winsor (FBN 016295)
>Solicitor General
>Rachel Nordby (FBN 056606)
>Deputy Solicitor General
>Office of the Attorney General
>The Capitol, Pl-01
>Tallahassee, Florida 32399-1050
>(850) 414-3681
>(850) 410-2672 (fax)
>allen.winsor@myfloridalegal.com
>rachel.nordby@myfloridalegal.com

*Counsel for the Florida Commissioner of Education
and the Members of the State Board of Education*


## CERTIFICATE OF SERVICE

I certify that on this 16th day of April, 2015, a copy of the foregoing was served on counsel of record through the Court's CM/ECF Notice of Electronic Filing system.

>*/s/ Rachel Nordby*
>Rachel Nordby

3